James D. Huestis, appellee, v. Neo-Gravure Company of Chicago, appellant. Gen. No. 38,383.

Opinion filed July 3, 1936.

Campbell, Clithero & Fischer, for appellant; Carlton L. Fischer and Raymond P. Fischer, of counsel. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Victor Wieczorek, administrator of the estate of Ida Wieczorek, deceased, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,491.

Opinion filed July 3, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Frank Greskowiak and Ewart Harris, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Walter C. Erikson, appellee, v. Chicago Park District, appellant.
Harry Bairstow, appellee, v. Chicago Park District, appellant. Gen. No. 38,499.

Opinion filed July 3, 1936. Rehearing denied July 14, 1936.

James M. Slattery, for appellant; Philip A. Lozowick, of counsel. Charles V. Falkenberg and Gustav E. Beerly, for appellees; John F. Diffenderffer, Jr., of counsel.

Mr. Justice Friend delivered the opinion of the court.